UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC DRAKE,

        Plaintiff,

    v.

EBAY, INC., et al.,

        Defendants.

Case No.  25-mc-80391-PCP

**ORDER REFERRING MOTION FOR RECUSAL TO ANOTHER JUDGE**

Re: Dkt. No. 22

Pro se petitioner Eric Drake has filed a motion for reconsideration under Federal Rules of Civil Procedure 59(e) and 60(b) and Civil Local Rule 7-9. Dkt. No. 22. He seeks reconsideration of this Court's March 9, 2026, order denying his petition to perpetuate testimony of two eBay executives under Rule 27(a). *Id.* Drake also moves this Court to recuse based on his "firm and reasonable belief that Judge Pitts holds a personal bias and prejudice against [him]." *Id.* at *31. Although the Court concludes that recusal is not required, the Court will refer the recusal request to another judge of this Court pursuant to Civil Local Rule 3-14 and will not address Mr. Drake's motion for reconsideration until that request has been resolved.

28 U.S.C. § 144 requires recusal upon a "timely and sufficient affidavit that the judge … has a personal bias or prejudice either against [one party] or in favor of any adverse party…." 28 U.S.C. § 455 commands any judge to "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Because Drake's motion to recuse is premised solely on the Court's decisions in these proceedings, the Court concludes that neither provision applies and on that basis will not recuse itself from further proceedings in this matter. *See United States v. Monaco*, 852 F.2d 1143, 1147 (9th Cir. 1988) ("The alleged prejudice must result from an extrajudicial source; a judge's prior adverse ruling is not sufficient cause for recusal."). Because this Court "has determined not to recuse" under 28 U.S.C. § 144, the Court will refer the

request for disqualification to another judge chosen by random assignment pursuant to Civil Local Rule 3-14.

**IT IS SO ORDERED.**

Dated: April 13, 2026



P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

2