HOLLAND & KNIGHT LLP
Sarah A. Marsey (297911)
Jacqueline N. Harvey (322165)
Ana Dragojevic (341847)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Email:    sarah.marsey@hklaw.com
              jacqueline.harvey@hklaw.com
              ana.dragojevic@hklaw.com

Attorneys for Respondents eBay Inc., Samantha Wellington, and Cornelius Boone

Eric Drake
10455 N. Central Expy
Suite 109
Dallas, Texas 75321
Email:    directdrakeemail@gmail.com

Pro Se Petitioner

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Eric Drake,<br><br>                         Petitioner,<br><br>          vs.<br><br>EBAY, Inc., Samantha Wellington, Cornelius Boone<br><br>                         Respondents. | Case No.: 5:25-mc-80391-PCP<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP 41)**<br><br><br>Judge: Hon. P. Casey Pitts |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

STIPULATED REQUEST FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

CASE NO: 5:25-MC-80391-PCP

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

IT IS HEREBY STIPULATED AND AGREED by and between Respondents eBay Inc., Samantha Wellington, and Cornelius Boone (collectively, "Respondents") and Petitioner Eric Drake's ("Petitioner") (collectively, Respondents and Petitioner as "Parties"), by and through the undersigned, that this entire action shall be dismissed with prejudice, with each Party to bear his or its own attorneys' fees and costs.

The Parties file this Stipulated Request for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in support thereof, state as follows:

1.      The Parties have reached a settlement on all issues raised in this matter, as embodied in a Confidential Mutual Settlement Agreement and General Release.

2.      Dismissal of this case with prejudice is appropriate pursuant to Federal Rule Civil Procedure 41(a).

WHEREFORE, the Parties agree that an order dismissing this case with prejudice is appropriate and respectfully request that the Court enter such an Order. Each party shall bear his or its own fees and costs. As evidenced by the signatures below, the Parties agree and stipulate that all matters in this controversy have been resolved by a settlement agreement and this action is voluntarily dismissed with prejudice.

Dated:___May 6, 2026_____

HOLLAND & KNIGHT LLP


_/s/ Ana Dragojevic_____
Ana Dragojevic

Attorneys for Respondents eBay Inc., Samantha Wellington, and Cornelius Boone


Dated:___4/23/2026____

Eric Drake
Pro Se Petitioner

STIPULATED REQUEST FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

CASE NO: 5:25-MC-80391-PCP

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Ana Dragojevic, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

/s/ Ana Dragojevic
Ana Dragojevic

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 3 -

STIPULATED REQUEST FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

CASE NO: 5:25-MC-80391-PCP

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: May 11, 2026

By: _____
THE HONORABLE CASEY J. PITTS
UNITED STATES DISTRICT COURT JUDGE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 4 -

STIPULATED REQUEST FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

CASE NO: 5:25-MC-80391-PCP

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2026, I caused the following documents to be electronically filed via the Court's CM/ECF system:

- **STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

I further certify that a copy of the following documents are being mailed via U.S. Mail to theperson listed below, with a courtesy email copy to Petitioner at directdrakeemail@gmail.com:

Eric Drake
10455 N. Central Expy Suite 109
Dallas, Texas 75231
Phone: 912-281-7100

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on May 6, 2026, at San Francisco, California.

_/s/ Bella Macapinlac_
Bella Macapinlac

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 5 -

CERTIFICATE OF SERVICE                                    CASE NO: 5:25-MC-80391-PCP